IN RE:            *     CASE NO. 01-
JOSE ANTONIO MAYMI MEDINA    *     CHAPTER 7
IDA MARY DIAZ MEDINA        *
DEBTORS               *
**********************************************************

01-09365

## NOTICE OF FILING PETITION IN BANKRUPTCY UNDER CHAPTER 7 AND OF AUTOMATIC STAY OF SUITS

You are hereby notified that **JOSE ANTONIO MAYMI MEDINA and IDA MARY DIAZ MEDINA** have filed a petition under Chapter 7 of Title 11,    United States Code on AUG 2 2 2001

Pursuant to the provisions of 11 USC §362, the filing of the petition by the above-named debtor operates as a stay of the commencement or continuation of any court or other proceeding against the debtor, of the enforcement of any judgment against him, of any act or the commencement or continuation of any court proceeding to enforce any lien on the property of the debtor, and of any court proceeding commenced for the purpose of rehabilitation of the debtor or the liquidation of his estate.

This notice is sent to you by order of the United States Bankruptcy Judge.

San Juan, Puerto Rico, this     AUG 2 2 2001

CELESTINO MATTA-MENDEZ, CLERK

U.S. BANKRUPTCY COURT

By: _____



DEPUTY CLERK

9365(E)

| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>PUERTO RICO DISTRICT OF PUERTO RICO<br>PUERTO RICO DIVISION | Voluntary Petition |
|---|---|---|

| NAME OF DEBTOR (if individual, enter Last, First Middle):<br>*MAYMI MEDINA, JOSE ANTONIO* | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle):<br>*DIAZ MEDINA, IDA MARY* |
|---|---|
| ALL OTHER NAMES USED BY THE DEBTOR IN THE LAST 6 YEARS<br>(include married, maiden, and trade names):<br>*NONE* | ALL OTHER NAMES USED BY THE JOINT DEBTOR IN THE LAST 6 YEARS<br>(include married, maiden, and trade names):<br>*NONE*<br>01-09365 |
| SOC. SEC./TAX I.D. NO. (if more than one, state all):<br>*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* | SOC. SEC./TAX I.D. NO. (if more than one, state all):<br>*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* |
| STREET ADDRESS OF DEBTOR:<br>*BORINQUEN ATRAVESADA*<br>*KM 6 CARR 763*<br>*CAGUAS PR*     Ph: (787)286-1316 | STREET ADDRESS OF JOINT DEBTOR:<br>*BORINQUEN ATRAVESADA*<br>*KM 6 CARR 763*<br>*CAGUAS PR* |
| COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS:<br>*CAGUAS* | COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS:<br>*CAGUAS* |
| MAILING ADDRESS OF DEBTOR:<br>*HC 4 BOX 48944*<br>*CAGUAS PR 00725* | MAILING ADDRESS OF JOINT DEBTOR:<br>*HC 4 BOX 48944*<br>*CAGUAS PR 00725* |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from street address above):<br>*NOT APPLICABLE* | |

## Information Regarding the Debtor (Check the Applicable Boxes)

VENUE (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| TYPE OF DEBTOR (Check all boxes that apply)<br>[X] Individual(s)        [ ] Railroad<br>[ ] Corporation       [ ] Stockbroker<br>[ ] Partnership       [ ] Commodity Broker<br>[ ] Other _____ | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH<br>THE PETITION IS FILED (Check one box)<br>[X] Chapter 7    [ ] Chapter 11   [ ] Chapter 13<br>[ ] Chapter 9    [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| NATURE OF DEBTS (Check one box)<br>[X] Consumer/Non-Business   [ ] Business | FILING FEE (Check one box)<br>[X] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only).   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b).   See Official Form No. 3. |
| CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. S101<br><br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. S1121(e) (Optional) | |

STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only)
[X] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

ESTIMATED NO. OF CREDITORS:   [X] 1-15
ESTIMATED ASSETS (thousands):   [X] $50,001 to $100,000
ESTIMATED DEBTS (thousands):   [X] $0 to $50,000

RECEIVED AND FILED<br>RELIEF ORDERED<br>2001 AUG 22 PM 9:49<br>U.S. BANKRUPTCY COURT<br>FOR THE DISTRICT OF<br>PUERTO RICO

35 2846(a)

| **Voluntary Petition**<br><br>(This page must be completed and filed in every case) | NAME OF DEBTOR(S):<br>*JOSE ANTONIO MAYMI MEDINA and*<br>*IDA MARY DIAZ MEDINA* | FORM B1, Page 2 |
|---|---|---|

| PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS | | |
|---|---|---|
| LOCATION WHERE FILED:<br>*NONE* | CASE NUMBER: | DATE FILED: |

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR | | |
|---|---|---|
| NAME OF DEBTOR:<br>*NONE* | CASE NUMBER: | DATE: |
| DISTRICT: | RELATIONSHIP: | JUDGE: |

## SIGNATURES

| SIGNATURE(S) OF DEBTOR(S) (Individual/Joint) | SIGNATURE OF DEBTOR (Corporation/Partnership) |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, U.S. Code, understand the relief available under each such chapter and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _Jose Antonio maymi medina_<br>Debtor: *JOSE ANTONIO MAYMI MEDINA*<br>X _Ida mary Diaz medina_<br>Joint Debtor: *IDA MARY DIAZ MEDINA*<br>Telephone No.: (if in Pro Per):<br>Date: *8-21-01* | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>Name:<br>Title:<br>Date: |
| SIGNATURE OF ATTORNEY<br><br>X _____<br>Attorney: */Roberto Figueroa-Carrasquillo*<br>Bar No.: *203614*<br>Firm Name: *Roberto Figueroa-Carrasquillo*<br>Address: *PO BOX 193677*<br>          *SAN JUAN PR 00919-3677*<br><br>Telephone No: *(787)744-7699*<br>Date: *8-21-01* | SIGNATURE OF NON-ATTORNEY PETITION PREPARER<br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. S110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>Name:<br>Social Security Number:<br>Address: |

| EXHIBIT A | |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K & 10Q) with the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br>[ ] Exhibit A is attached and made a part of this petition. | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |

| EXHIBIT B | |
|---|---|
| (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, U.S. Code, and have explained the relief available under each such chapter.<br><br>X _____<br>Attorney: *Roberto Figueroa-Carrasquillo*<br>Date: *8-21-01* | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X _____<br>Signature of Preparer<br>Date:<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.<br>11 USC S110; 18 USC S156 |

# UNITED STATES BANKRUPTCY COURT
## FOR THE PUERTO RICO DISTRICT OF PUERTO RICO
## PUERTO RICO DIVISION

In re  *JOSE ANTONIO MAYMI MEDINA*
      and
*IDA MARY DIAZ MEDINA*

Case No. *01-*
Chapter *7*

_____ / Debtors

Attorney for Debtor: Roberto Figueroa-Carrasquillo

## LIST OF CREDITORS

| # | Creditor | Claim and Security | Claim Amount |
|---|----------|--------------------|--------------|
| 1. | ASOCIACION EMPLEADOS ELA<br>PO BOX 364508<br>SAN JUAN PR 00936-4508 | consumer loan | $ 8,757.32 |
| 2. | ASOCIACION EMPLEADOS ELA<br>PO BOX 364508<br>SAN JUAN PR 00936-4508 | consumer loan | $ 3,000.00 |
| 3. | CITIBANK<br>AUTO LOAN<br>PO BOX 71433<br>SAN JUAN PR 00936-7245 | conditional sales contract<br>1997 SUZUKI VITARA | $ 9,518.00 |
| 4. | COMMOLOCO<br>APARTADO 89<br>CAGUAS PR 00726 | consumer loan | $ 1,500.00 |
| 5. | DEPARTMENT OF EDUCATION<br>PO BOX 4169<br>GREENVILLE TX 75403-4169 | Student Loan | $ 3,000.00 |
| 6. | ISLAND FINANCE<br>PO BOX 5369<br>SAN JUAN PR 00919 | consumer loan | $ 3,000.00 |
| 7. | ISLAND FINANCE<br>BOX 8758<br>CAGUAS PR 00726 | consumer loan | $ 3,000.00 |
| 8. | MUEBLERIA BERRIOS<br>APARTADO 674<br>CIDRA PR 00639 | conditional sales contract<br>LIVING ROOM SET | $ 2,086.00 |

# LIST OF CREDITORS

| # | Creditor | Claim and Security | Claim Amount |
|---|----------|--------------------|--------------|
| 9. | RETIRO DEL ELA<br>PO BOX 42003<br>MINILLAS STATION<br>SANTURCE PR  00940 | consumer loan | $ 3,000.00 |

# UNITED STATES BANKRUPTCY COURT
## FOR THE PUERTO RICO DISTRICT OF PUERTO RICO
## PUERTO RICO DIVISION

In re   JOSE ANTONIO MAYMI MEDINA
   and
  IDA MARY DIAZ MEDINA

Case No. 01-
Chapter 7

_____/ Debtors

Attorney for Debtor: Roberto Figueroa-Carrasquillo

## VERIFICATION OF CREDITOR MATRIX

   The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Dated: **8-21-01**

_____
Debtor

_____
Joint Debtor

# UNITED STATES BANKRUPTCY COURT
## FOR THE PUERTO RICO DISTRICT OF PUERTO RICO
## PUERTO RICO DIVISION

In re   *JOSE ANTONIO MAYMI MEDINA*                    Case No. *01-*
     and                                    Chapter 7
    *IDA MARY DIAZ MEDINA*

_____ / Debtors

Attorney for Debtor: Roberto Figueroa-Carrasquillo

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - JOINT DEBTS

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

a. Property to be Surrendered

| Description of Property | Creditor's Name |
|---|---|
| NONE | |

b. Property to be Retained

| Description of Property | Creditor's Name | Intention |
|---|---|---|
| 1997 SUZUKI VITARA | CITIBANK | RETAIN |
| LIVING ROOM SET | MUEBLERIA BERRIOS | RETAIN |

## Signature of Debtor(s)

Debtor: *JOSE ANTONIO MAYMI MEDINA*          Joint Debtor: *IDA MARY DIAZ MEDINA*

Date: 8-21-01

# UNITED STATES BANKRUPTCY COURT
## FOR THE PUERTO RICO DISTRICT OF PUERTO RICO
## PUERTO RICO DIVISION

In re  *JOSE ANTONIO MAYMI MEDINA*
     and
     *IDA MARY DIAZ MEDINA*

Case No. *01-*
Chapter *7*

_____ / Debtors

Attorney for Debtor: Roberto Figueroa-Carrasquillo

## STATEMENT Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:
1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:
   a) For legal services rendered, or to be rendered in contemplation of
      and in connection with this case . . . . . . . . . . . . . . . . . . . .   $ 500.00
   b) Prior to the filing of this Statement, Debtor(s) has paid. . . . . . . .     500.00
   c) Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .       0.00

3. The Filing Fee *has been paid*.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the
      debtor(s) in determining whether to file a petition under Title 11, U.S.C.
   b) Preparation and filing of the petition, schedules, statement of affairs and other
      documents required by the court.
   c) Representation of the debtor(s) at the first meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings,
   wages and compensation for services performed, and
   *none other.*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid
   balance remaining, if any, will be from earnings, wages and compensation for services
   performed, and *none other.*

7. The undersigned has received no transfer, assignment or pledge of property except the
   following for the value stated:
   *None.*

8. The undersigned has not shared or agreed to share with any other entity, other than
   with members of the undersigned's law firm, any compensation paid or to be paid except
   as follows: *None.*

Dated:

Respectfully submitted,

Attorney for Petitioner: *Roberto Figueroa-Carrasquillo*
*PO BOX 193677*
*SAN JUAN PR 00919-3677*

# UNITED STATES BANKRUPTCY COURT
## FOR THE PUERTO RICO DISTRICT OF PUERTO RICO
## PUERTO RICO DIVISION

In re   JOSE ANTONIO MAYMI MEDINA            Case No. *01-*
        and                                Chapter *7*
        IDA MARY DIAZ MEDINA

_____ / Debtors

Attorney for Debtor: Roberto Figueroa-Carrasquillo

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 42,000.00 | | |
| B - Personal Property | Yes | 4 | $ 16,425.00 | | |
| C - Property Claimed As Exempt | Yes | 1 | | | |
| D - Creditor Holding Secured Claims | Yes | 1 | | $ 11,604.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 25,257.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 1,230.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 1,230.00 |

Total Number of sheets in ALL Schedules > _13_

Total Assets > $     58,425.00

Total Liabilities > $     36,861.32

In re: *JOSE ANTONIO MAYMI MEDINA and*
      *IDA MARY DIAZ MEDINA* _____ / Debtors    Case No. *01-*

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| *DEBTORS OWN A REAL PROPERTY LOCATED AT BORINQUEN ATRAVESADA, CAGUAS PR* | | J | $ 42,000 | NONE |
| | | Total | $ 42,000 | |

In re: *JOSE ANTONIO MAYMI MEDINA and*
    *IDA MARY DIAZ MEDINA*           / Debtors    Case No. *01-*

## SCHEDULE B - PERSONAL PROPERTY

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 1. Cash on hand. [x] NONE | | | |
| 2. Checking, savings or other financial accounts, certificates of deposits or shares in banks, savings, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. [x] NONE | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. [x] NONE | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | |
| *LIVING ROOM SET* | | J | $ 1,800 |
| *TWO (2) BEDROOM SETS* | | J | $ 800 |
| *ONE (1) STOVE AND ONE (1) REFRIGERATOR* | | J | $ 800 |
| *ONE (1) DINING ROOM SET* | | J | $ 400 |
| *TWO (2) TV SETS* | | J | $ 400 |
| *KITCHENWARE* | | J | $ 100 |
| *ONE (1) WASHER AND ONE (1) DRYER* | | J | $ 600 |
| *ONE (1) AIR CONDITIONER* | | J | $ 200 |
| *ONE (1) VCR* | | J | $ 100 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. [x] NONE | | | |
| 6. Wearing apparel. *CLOTHING FOR DEBTORS AND DEPENDENT* | | J | $ 700 |
| 7. Furs and jewelry. [x] NONE | | | |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

8. Firearms and sports, photographic, and other hobby equipment.
   [x] NONE

9. Interests in insurance policies.
   [x] NONE

10. Annuities.
    [x] NONE

11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.
    [x] NONE

12. Stock and interests in incorporated and unincorporated businesses.
    [x] NONE

13. Interests in partnerships or joint ventures.
    [x] NONE

14. Government and corporate bonds and other negotiable and non-negotiable instruments.
    [x] NONE

15. Accounts receivable.
    [x] NONE

16. Alimony, maintenance, support, and property settlements, to which the debtor is or may be entitled.
    [x] NONE

17. Other liquidated debts owing debtor including tax refunds.
    [x] NONE

18. Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.
    [x] NONE

19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.
    [x] NONE

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and the rights to setoff claims. [x] NONE | | | |
| 21. Patents, copyrights, and other intellectual property. [x] NONE | | | |
| 22. Licenses, franchises, and other general intangibles. [x] NONE | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. *1997 SUZUKI VITARA* | | J | $ 6,925 |
| *1985 VOLVO* | | J | $ 3,600 |
| 24. Boats, motors, and accessories. [x] NONE | | | |
| 25. Aircraft and accessories. [x] NONE | | | |
| 26. Office equipment, furnishings, and supplies. [x] NONE | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. [x] NONE | | | |
| 28. Inventory. [x] NONE | | | |
| 29. Animals. [x] NONE | | | |
| 30. Crops - growing or harvested. [x] NONE | | | |
| 31. Farming equipment and implements. [x] NONE | | | |
| 32. Farm supplies, chemicals, and feed. [x] NONE | | | |

In re: *JOSE ANTONIO MAYMI MEDINA and*
    *IDA MARY DIAZ MEDINA* _____ / Debtors    Case No. *01-*

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Description of Property | Location | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|

33. Other personal property of any kind not already listed.
    [x] NONE

                                      Total    $ 16,425

In re: *JOSE ANTONIO MAYMI MEDINA* and
     *IDA MARY DIAZ MEDINA*                          / Debtors    Case No. *01-*

## SCHEDULE C - PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
[x] 11 USC 522(b)(1): Exemptions provided in 11 USC 522(d).

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property w/o Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| *DEBTORS OWN A REAL PROPERTY LOCATED AT BORINQUEN ATRAVESADA, CAGUAS PR* | | | $ 42,000 |
| | *11 USC 522(d)(1)* | $ 32,300 | |
| | *11 U.S.C. 522(d)(5)* | $ 1,700 | |
| **Household goods and furnishings** | | | |
| *TWO (2) BEDROOM SETS* | | | $ 800 |
| | *11 USC 522(d)(3)* | $ 800 | |
| *ONE (1) STOVE AND ONE (1) REFRIGERATOR* | | | $ 800 |
| | *11 USC 522(d)(3)* | $ 800 | |
| *ONE (1) DINING ROOM SET* | | | $ 400 |
| | *11 USC 522(d)(3)* | $ 400 | |
| *TWO (2) TV SETS* | | | $ 400 |
| | *11 USC 522(d)(3)* | $ 400 | |
| *KITCHENWARE* | | | $ 100 |
| | *11 USC 522(d)(3)* | $ 100 | |
| *ONE (1) WASHER AND ONE (1) DRYER* | | | $ 600 |
| | *11 USC 522(d)(3)* | $ 600 | |
| *ONE (1) AIR CONDITIONER* | | | $ 200 |
| | *11 USC 522(d)(3)* | $ 200 | |
| *ONE (1) VCR* | | | $ 100 |
| | *11 USC 522(d)(3)* | $ 100 | |
| **Wearing apparel** | | | |
| *CLOTHING FOR DEBTORS AND DEPENDENT* | | | $ 700 |
| | *11 USC 522(d)(3)* | $ 700 | |
| **Automobiles, trucks, trailers, etc, and accessories** | | | |
| *1985 VOLVO* | | | $ 3,600 |
| | *11 USC 522(d)(2)* | $ 3,600 | |

In re: *JOSE ANTONIO MAYMI MEDINA and*
        *IDA MARY DIAZ MEDINA*                    / Debtors      Case No. *01-*

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| Creditor Name and Address | Date, Nature of Lien, Description & Value | Claim Amount | Unsecured Portion and Notes* |
|---|---|---|---|
| 1. Account No. 020050300017216<br>CITIBANK<br>AUTO LOAN<br>PO BOX 71433<br>SAN JUAN PR 00936-7245 | conditional sales contract<br>1997 SUZUKI VITARA<br>Value: $ 6,925.00 | $ 9,518.00 | $ 2,593.00<br>*Joint Debt |
| 2. Account No. 2304626302<br>MUEBLERIA BERRIOS<br>APARTADO 674<br>CIDRA PR 00639 | conditional sales contract<br>LIVING ROOM SET<br>Value: $ 1,800.00 | $ 2,086.00 | $ 286.00<br>*Joint Debt |

BRENDA QUINONES BAYRON ESQ   Representing: MUEBLERIA BERRIOS
PO BOX 674
CIDRA PR   00739

No continuation sheets attached          Subtotal:    $ 11,604.00
                                         Total:       $ 11,604.00

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. S507(a)(2).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. S507(a)(3).

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. S507(a)(4).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. S507(a)(5).

[ ] **Deposits by individuals**
Claims of individuals up to $1950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. S507(a)(6).

[ ] **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. S507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. S507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. S507(a)(9).

* Amounts are subject to adjustment on April 1, 2001, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re: *JOSE ANTONIO MAYMI MEDINA* and
_____*IDA MARY DIAZ MEDINA*_____ / Debtors   Case No. *01-*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Claim Amount and Notes* |
|---|---|---|
| 1. Account No.<br>ASOCIACION EMPLEADOS ELA<br>PO BOX 364508<br>SAN JUAN PR  00936-4508 | consumer loan | $ 8,757.32<br>*Joint Debt |
| 2. Account No.<br>ASOCIACION EMPLEADOS ELA<br>PO BOX 364508<br>SAN JUAN PR  00936-4508 | consumer loan | $ 3,000.00<br>*Joint Debt |
| 3. Account No.<br>COMMOLOCO<br>APARTADO 89<br>CAGUAS PR  00726 | consumer loan | $ 1,500.00<br>*Joint Debt |
| 4. Account No.<br>DEPARTMENT OF EDUCATION<br>PO BOX 4169<br>GREENVILLE TX 75403-4169 | Student Loan | $ 3,000.00<br>*Joint Debt |
| 5. Account No. 58492514<br>ISLAND FINANCE<br>BOX 8758<br>CAGUAS PR  00726 | consumer loan | $ 3,000.00<br>*Joint Debt |
| 6. Account No.<br>ISLAND FINANCE<br>PO BOX 5369<br>SAN JUAN PR  00919 | consumer loan | $ 3,000.00<br>*Joint Debt |
| 7. Account No.<br>RETIRO DEL ELA<br>PO BOX 42003<br>MINILLAS STATION<br>SANTURCE PR  00940 | consumer loan | $ 3,000.00<br>*Joint Debt |

No continuation sheets attached

Subtotal:   $ 25,257.32
Total:   $ 25,257.32

In re: *JOSE ANTONIO MAYMI MEDINA and*
          *IDA MARY DIAZ MEDINA* _____ / Debtors    Case No. *01-*

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Address of Other Parties to Instrument | Notes of Contract or Lease and Debtor's Interest |
| --- | --- |

[X] No executory contracts or unexpired leases.

In re: *JOSE ANTONIO MAYMI MEDINA and*
         *IDA MARY DIAZ MEDINA* _____ / Debtors    Case No. *01-*

## SCHEDULE H - CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |

[X] Debtor has no codebtors.

In re: *JOSE ANTONIO MAYMI MEDINA and*
       *IDA MARY DIAZ MEDINA* _____ / Debtors    Case No. *01-*

## SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEBTOR'S MARITAL STATUS: *Married*

DEPENDENTS OF DEBTOR AND SPOUSE:

| NAME | AGE | RELATIONSHIP |
|---|---|---|
| FRANCISCO HERNANDEZ DIAZ | 18Y | SON |
| ANTHONY MAYMI DIAZ | 13Y | SON |

EMPLOYMENT:

|  | DEBTOR | SPOUSE |
|---|---|---|
| Occupation: | NONE | NONE |
| Name of Employer: |  |  |
| How Long Employed: |  |  |
| Employer Address: |  |  |

|  | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: |  |  |
| Current monthly gross wages, salary, and commissions | $ 0.00 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS |  |  |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other: | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance |  |  |
| SOCIAL SECURITY BENEFITS | $ 576.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income |  |  |
| SOCIAL SECURITY FOR CHILDREN | $ 129.00 | $ 0.00 |
| RETIRMEN BENEFITS | $ 525.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,230.00 | $ 0.00 |
| TOTAL COMBINED MONTHLY INCOME | $ 1,230.00 |  |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
   NONE

In re: *JOSE ANTONIO MAYMI MEDINA* and
_____*IDA MARY DIAZ MEDINA*_____/ Debtors    Case No. *0I-*

## SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| Are real estate taxes included?    Yes___    No_x_ | | |
| Is property insurance included?    Yes___    No_x_ | | |
| Utilities: Electricity and heating fuel | $ | 65.00 |
|        Water and sewer | $ | 30.00 |
|        Telephone | $ | 50.00 |
|        Other | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 20.00 |
| Food | $ | 325.00 |
| Clothing | $ | 85.00 |
| Laundry and Dry cleaning | $ | 0.00 |
| Medical and Dental expenses | $ | 65.00 |
| Transportation (not including car payments) | $ | 60.00 |
| Recreation, clubs, and entertainment, newspaper, magazines, etc. | $ | 40.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|       Homeowner's or renter's | $ | 0.00 |
|       Life | $ | 0.00 |
|       Health | $ | 0.00 |
|       Auto | $ | 0.00 |
|       Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgages) | $ | 0.00 |
| Installment payments: | | |
|       Auto | $ | 380.00 |
|       Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other SCHOOL EXPENSES | $ | 75.00 |
|    BARBERA AND BEAUTY SALON | $ | 35.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 1,230.00 |

In re: *JOSE ANTONIO MAYMI MEDINA and*
        *IDA MARY DIAZ MEDINA*        .          / Debtors      Case No. *01-*

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of 14 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **8-21-01**       Signature  *Jose Antonio maymi medina*
                                       *JOSE ANTONIO MAYMI MEDINA, Debtor*

Date    **8-21-01**       Signature  *Ida mary Diaz medina*
                                       *IDA MARY DIAZ MEDINA, Joint Debtor*

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. SS 152 and 3571.

ℓ ⁽ ⁾ ✗

# UNITED STATES BANKRUPTCY COURT
# FOR THE PUERTO RICO DISTRICT OF PUERTO RICO
# PUERTO RICO DIVISION

In re   *JOSE ANTONIO MAYMI MEDINA*                    Case No. *01-*
        and                                           Chapter 7
        *IDA MARY DIAZ MEDINA*
_____/ Debtors
Attorney for Debtor: Roberto Figueroa-Carrasquillo

## STATEMENT OF FINANCIAL AFFAIRS

1. Income from Employment or Operation of Business.

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this case calendar year.

    [X] None

_____

2. Income other than from Employment or Operation of Business.

    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.

        Income year to date: *$4,608.00*
               Last year: *$6,912.00*
             Year before: *$6,912.00*
             Source(s): *INCOME FROM SOCIAL SECURITY BENEFITS*


        Income year to date: *$4,200.00*
               Last year: *$6,300.00*
             Year before: *$6,300.00*
             Source(s): *INCOME FROM RETIREMENT BENEFITS*

_____

3. Payments to Creditors.

a. List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.

[X] None

_____

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

[X] None

_____

4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

[X] None

_____

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

[X] None

_____

5. Repossessions, Foreclosures and Returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

[X] None

_____

( X Y X

6. Assignments and Receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

[X] None

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.

[X] None

7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

[X] None

8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.

[X] None

9. Payments Related to Debt Counseling or Bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

Payee: *Roberto Figueroa-Carrasquillo*
Address: *PO BOX 193677*
Addr2: *SAN JUAN PR 00919-3677*
Date of payment: *8/21/01*
Payor: *JOSE ANTONIO MAYMI MEDINA*
Payment/Value: *$ 500.00*

10. Other Transfers.

   List all other property, other than property transferred in the ordinary course of
the business or financial affairs of the debtor, transferred either absolutely or as a
security within one year immediately preceding the commencement of this case.

   [X] None

_____

11. Closed Financial Accounts.

   List all financial accounts and instruments held in the name of the debtor or for the
benefit of the debtor which were closed, sold, or otherwise transferred within one year
immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share
accounts held in banks, credit unions, pension funds, cooperatives, associations,
brokerage houses and other financial institutions.

   [X] None

_____

12. Safe Deposit Boxes.

   List each safe deposit or other box or depository in which the debtor has or had
securities, cash, or other valuables within one year immediately preceding the
commencement of this case.

   [X] None

_____

13. Setoffs.

   List all setoffs made by any creditor, including a bank, against a debt or deposit of
the debtor within 90 days preceding the commencement of this case.

   [X] None

_____

## 14. Property held for Another Person.

List all property owned by another person that the debtor holds or controls.

[X] None

---

## 15. Prior Address of Debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

[X] None

---

## 16. Nature, Location and Name of Business.

a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within two years immediately preceding the commencement of this case.

[X] None

---

17. Books, records and financial statements.

   a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised keeping of books of account and records of the debtor.

   [X] None

   b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

   [X] None

   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

   [X] None

   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within two years immediately preceding the commencement of this case by the debtor.

   [X] None

18. Inventories.

   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

   [X] None

   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

   [X] None

19. Current Partners, Officers, Directors and Shareholders.

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

[X] None

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

[X] None

20. Former partners, officers, directors and shareholders.

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

[X] None

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

[X] None

21. Withdrawals from a Partnership or Distributions by a Corporation.

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

[X] None

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date    _8-21-01_      Signature _Jose Antonio Maymi Medina_
                                JOSE ANTONIO MAYMI MEDINA, Debtor

Date    _8-21-01_      Signature _Ida Mary Diaz Medina_
                                IDA MARY DIAZ MEDINA, Joint Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. SS 152 and 3571.

JOSE ANTONIO MAYMI MEDINA MUEBLERIA BERRIOS
IDA MARY DIAZ MEDINA APARTADO 674
HC 4 BOX 48944 CIDRA PR  00639
CAGUAS PR  00725

01-09365

Roberto Figueroa-Carrasquillo RETIRO DEL ELA
PO BOX 193677 PO BOX 42003
SAN JUAN PR  00919-3677 MINILLAS STATION
 SANTURCE PR  00940


ASOCIACION EMPLEADOS ELA
PO BOX 364508
SAN JUAN PR  00936-4508


BRENDA QUINONES BAYRON ESQ
PO BOX 674
CIDRA PR  00739


CITIBANK
AUTO LOAN
PO BOX 71433
SAN JUAN PR  00936-7245


COMMOLOCO
APARTADO 89
CAGUAS PR  00726


DEPARTMENT OF EDUCATION
PO BOX 4169
GREENVILLE TX 75403-4169


ISLAND FINANCE
PO BOX 5369
SAN JUAN PR  00919


ISLAND FINANCE
BOX 8758
CAGUAS PR  00726

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

IN RE:                                             *       CASE NO. 01-09365
JOSE ANTONIO MAYMI MEDINA                          *
IDA MARY DIAZ MEDINA                               *       CHAPTER 7
DEBTORS                                            *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE TO DEBTOR FILING A PETITION IN BANKRUPTCY

Upon the filing of the instant petition, the items checked were not submitted:

( ) Signature (Upon filing)

( ) Master Address List (Upon filing)

( ) Master address list in Diskette (Upon filing)

( ) List of Creditors (Upon filing)

( ) Employer ID Number and/or Social Security Number (Upon filing)

( ) Statement disclosing compensation paid or to be paid to the attorney for the debtor Must be submitted upon filing or within 15 days or any other date set by the Court. 11 U.S.C. §329 and Rule 2016 (b) Fed. R Bankr.P.

( ) Declaration under penalty of perjury on behalf of the corporation or partnership.
    (Upon filing) (Official Form 2)

( ) Schedules of assets and liabilities (Official Form 6)
    (Must be submitted with the petition or within 15 days) rule 1007 (b) & (c), Fed. R. Bankr.P.

( ) Statement of Affairs (Official Form 7)
    (Must be submitted with the petition or within 15 days. Rule 1007(b) & (c)

You are hereby notified that upon failure to file the above indicated documents within the prescribed period of time specified herein, the Court may enter an order of dismissal without further notice or hearing.

San Juan, Puerto Rico, this          AUG 2 2 2001

BY ORDER OF THE COURT

CELESTINO MATTA-MENDEZ
Clerk of the Court
BY:_____
      DEPUTY CLERK